UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.16-20079-CR-SEITZ

UNITED STATES OF AMERICA
        Plaintiff,

vs.

JARVARIUS MARQUEL HOLMES,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Garber on September 20, 2016. A Report and Recommendation was filed on October 18, 2016 recommending payment in the amount of $14,102.86 as to voucher number 113C0000005 The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _21_ day of October, 2016.

                                              PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Garber
        Sky Smith, Esq.